**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

John Chamblee,

       Plaintiff,                              **Case No.: 8:16-cv-00981**

v.

TerraForm Power, Inc.;
Carlos Domenech Zornoza;
Alejandro Hernandez,

       Defendants.

## MOTION FOR ADMISSION PRO HAC VICE

I, Howard M. Shapiro, am a member in good standing of the bar of this Court. I am moving the admission of Joel S. Green to appear pro hac vice in this case as counsel for Defendant TerraForm Power, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member of good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia (3/6/2006) | U.S. District Court, District of Columbia (9/12/2011) |
| New York (12/1/04) | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction, (NOTE: If the proposed admittee has been

    disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission pro hac vice accompanies this motion**.

9. We hereby certify under the penalties of perjury that the foregoing statements are true and correct.

**Dated:**  April 19, 2016

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ *Howard M. Shapiro* | /s/ *Joel S. Green* |
| Howard M. Shapiro (14731) | Joel S. Green (D.C., 493912) |
| Wilmer Cutler Pickering Hale | (signed by Howard M. Shapiro with |
| and Dorr LLP | permission of Joel S. Green) |
| 1875 Pennsylvania Ave. N.W. | Wilmer Cutler Pickering Hale |
| Washington D.C. 20006 | and Dorr LLP |
| howard.shapiro@wilmerhale.com | 1875 Pennsylvania Ave. N.W. |
| tel.:  202 663-6000 | Washington D.C. 20006 |
| fax:  202 663-6363 | joel.green@wilmerhale.com |
|  | tel.:  202 663-6000 |
|  | Fax:  202 663-6363 |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 19, 2016 and paper copies will be sent via U.S. mail to:

Alejandro Hernandez
1000 Louisiana St. #500
Houston, TX 77002

Carlos Domenech Zornoza
12500 Baltimore Ave.
Beltsville, MD 20705

/s/ Howard M. Shapiro
Howard M. Shapiro