IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

John Chamblee

**Plaintiff,**

v.

TerraForm Power Inc., et al.

**Defendant.**

Case No. 8:16-cv-00981

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, Carlos Domenech Zornoza

I certify that I am admitted to practice in this Court.

April 21, 2016

Date

*/s/ Cronin*

Signature

Tonya Kelly Cronin, 27166

Printed name and bar number

201 N. Charles Street, Suite 2600, Baltimore, MD 21201

Address

tkelly@birankelly.com

Email address

410-625-2500

Telephone number

443-773-0482

Fax number

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2016, a copy of the foregoing Entry of Appearance was filed via CM/ECF and, therefore, electronic copies were transferred to all counsel of record. In addition, a paper copy will be sent via US Mail to:

Alejandro Hernandez
1000 Louisiana Street
#500
Houston, TX 77002

_/s/ Cronin_
Ty Kelly Cronin