# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

John Chamblee                                  *

    **Plaintiff,**                              *

    v.                                                          Case No. 8:16-cv-00981-PWG

TerraForm Power, Inc.;                       *
Carlos Domenech Zornoza;
Alejandro Hernandez

    **Defendant.**                             *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Defendant Alejandro Hernandez

I certify that I am admitted to practice in this Court.

April 22, 2016

Date

/s/ Shannon M. Barrett
Shannon M. Barrett (16410)
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: sbarrett@omm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22th day of April, 2016 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Maryland (Greenbelt) by using the Court's CM/ECF system. All participants are registered CM/ECF users, and will be served by the Court's CM/ECF system.

Dated: April 22, 2016

Respectfully submitted,

*/s/Shannon M. Barrett*
Shannon M. Barrett
O'MELVENY &MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300