IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

John Chamblee                                *

**Plaintiff,**

v.                                           *

Terraform Power, Inc.;                       Case No. 8:16-cv-00981-PWG
Carlos Domenech Zornoza;                     *
Alejandro Hernandez

                                             *

**Defendant.**

## MOTION FOR ADMISSION PRO HAC VICE

I, Shannon M. Barrett, am a member in good standing of the bar of this Court. I am moving the admission of Daniel Bookin to appear pro hac vice in this case as counsel for Defendant Alejandro Hernandez.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| California (1/6/1978) | U.S. Court of Appeals, Ninth Circuit (12/9/1982) |
|  | U.S. District Court, California Northern (2/17/1982) |
|  | U.S. District Court, California Eastern (2/18/1987) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

|  |  |
|---|---|
| MOVANT | PROPOSED ADMITTEE |
| /s/ Shannon M. Barrett<br>Shannon M. Barrett (16410)<br>O'Melveny & Myers, LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>Email: sbarrett@omm.com | /s/ Daniel Bookin<br>Daniel Bookin(Cal., 78996)<br>(signed by Shannon M. Barrett with permission of Daniel Bookin)<br>O'Melveny & Myers, LLP<br>Two Embarcado Center<br>28th Floor<br>San Francisco, CA<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br>Email: dbookin@omm.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22th day of April, 2016 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Maryland (Greenbelt) by using the Court's CM/ECF system. All participants are registered CM/ECF users, and will be served by the Court's CM/ECF system.

Dated: April 22, 2016                                      Respectfully submitted,

                                                           */s/Shannon M. Barrett*
                                                           Shannon M. Barrett
                                                           O'MELVENY &MYERS LLP
                                                           1625 Eye Street, N.W.
                                                           Washington, D.C. 20006
                                                           (202) 383-5300