**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| JOHN CHAMBLEE,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TERRAFORM POWER, INC., *et al.,*<br><br>　　　　　　　　Defendants. | **CLASS ACTION**<br><br>No. 8:16-CV-00981-PWG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

　　　Plaintiff John Chamblee ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his undersigned counsel, and Defendants TerraForm Power, Inc., Carlos Domenech Zornoza, and Alejandro Hernandez ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

　　　WHEREAS, Plaintiff commenced the above-captioned action against Defendants by filing a complaint dated March 23, 2016 (the "Complaint") in the United States District Court for the District of Maryland (Greenbelt Division);

　　　WHEREAS, the Complaint asserts claims under Section 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 on behalf of a putative class;

　　　WHEREAS, pursuant to Section 21D(a) of the Exchange Act, the Court will appoint a Lead Plaintiff;

　　　WHEREAS, the parties have agreed that absent further Court Order no response to the existing Complaint is required.

　　　NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. Defendants shall not be required to answer or otherwise respond to the existing Complaint;

2. Following entry of an order by the Court pursuant to Section 21D(a) of the Exchange Act selecting a Lead Plaintiff(s) and appointing Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

Dated:  April 22, 2016                              Respectfully submitted,

/s/ Howard M. Shapiro
Howard M. Shapiro (14731)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, DC 20006
Telephone: (202) 663-6300
Facsimile: (202) 663-6363
Email: howard.shapiro@wilmerhale.com

/s/ Michael G. Bongiorno
Michael G. Bongiorno (N.Y. 4347316)
*admitted pro hac vice* 4/22/16
(signed by Howard M. Shapiro with permission of Michael G. Bongiorno)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888
Email: michael.bongiorno@wilmerhale.com

***Attorneys for Defendant TerraForm Power, Inc.***

/s/ Tonya Kelly Cronin
Tonya Kelly Cronin (27166)
(signed by Howard M. Shapiro with permission of Tonya Kelly Cronin)
Biran Kelly LLC
201 North Charles Street
Suite 2600
Baltimore, MD 21201
Telephone: (410) 625-2500
Facsimile: (443) 773-0482
Email: tkelly@birankelly.com

*Attorney for Defendant Carlos Domenech Zornoza*

/s/ Shannon M. Barrett
Shannon M. Barrett (16410)
(signed by Howard M. Shapiro with permission of Shannon M. Barrett)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: sbarrett@omm.com

/s/ Daniel Bookin
Daniel Bookin (Cal. 78996)
*pro hac vice pending*
(signed by Howard M. Shapiro with permission of Daniel Bookin)
O'Melveny & Myers LLP
Two Embarcado Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: dbookin@omm.com

*Attorneys for Defendant Alejandro Hernandez*

/s/ Daniel S. Sommers
Daniel S. Sommers (15822)
(signed by Howard M. Shapiro with
permission of Daniel S. Sommers)
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue N.W.
East Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsommers@cohenmilstein.com

*Attorney for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
Honorable Paul W. Grimm
United States District Judge

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2016, true and correct copies of the foregoing document were served electronically through the Court's CM/ECF system to all registered participants as identified on the Notice of Electronic Filing on April 22, 2016.

/s/ Howard M. Shapiro

Howard M. Shapiro
