**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| JOHN CHAMBLEE,               * | |
| Plaintiff,                   * | |
| v.                           * | Civil Case No.: PWG-16-981 |
| TERRAFORM POWER, INC., *et al*,  * | |
| Defendant.                   * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The parties have filed a Joint Stipulation and Proposed Order Extending Time for Defendants to Respond to the Complaint. ECF No. 22. The Stipulation provides for entry of a Court order selecting a Lead Plaintiff(s) and appointing Lead Counsel. *Id.* Daniel Sommers of Cohen Milstein Sellers & Toll PLLC signed the Stipulation as Plaintiff's counsel. *Id.* However, Plaintiff has not demonstrated that he has provided notice of the purported plaintiff class in compliance with 15 U.S.C. § 78u-4(a)(3)(A)(i). Further, the Court has not received any motion by any purported class member for appointment as Lead Plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(B)(i).

Accordingly, it is this <u>20th</u> day of <u>May</u>, <u>2016</u>, hereby ORDERED that

1. Defendants shall not be required to answer or otherwise respond to the existing Complaint until further ordered to do so by the Court;

2. Plaintiff shall show compliance with the notice requirements of 15 U.S.C. § 78u-4(a)(3)(A)(i), and any purported class member(s) interested in serving as Lead Plaintiff(s) shall file a motion pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Such motions shall be

2

    in letter format, not to exceed three pages (single spaced).  The Court will consider any such motions pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(i);

3. The Court will approve class counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v) after appointing a Lead Plaintiff(s);

4. Following entry of an order by the Court pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(i) and (v) selecting a Lead Plaintiff(s) and appointing Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

                                                                /S/
                                                     Paul W. Grimm
                                                     United States District Judge

lyb