# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

John Chamblee  
**Plaintiff,**

v.  Case No. 8:16-cv-981-PWG

TerraForm Power Inc., et al.  
**Defendant.**

## MOTION FOR ADMISSION PRO HAC VICE

I, Daniel S. Sommers, am a member in good standing of the bar of this Court. I am moving the admission of Jeremy A. Lieberman to appear pro hac vice in this case as counsel for Plaintiff, John Chamblee.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| See Exhibit 1 | See Exhibit 1 |
|  |  |
|  |  |
|  |  |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court one time.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)
                                                                 See Exhibit 2.

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *signature* | *signature* |
| Signature | Signature |
| Daniel S. Sommers, MD Bar No. 15822 | Jeremy A. Lieberman (N.Y. Bar No. 4161352) |
| Printed name and bar number | Printed name and bar number |
| Cohen Milstein Sellers & Toll PLLC | Pomerantz LLP |
| Office name | Office name |
| 1100 New York Avenue, N.W., Washington, DC 20005 | 600 Third Avenue, 20th Floor, New York, NY 10016 |
| Address | Address |
| dsommers@cohenmilstein.com | jalieberman@pomlaw.com |
| Email Address | Email Address |
| 202-408-4600 | 212-661-1100 |
| Telephone number | Telephone number |
| 202-408-4699 | 917-463-1044 |
| Fax Number | Fax Number |

# Exhibit 1

{00203788;1}

**State Court and Date of Admission:**

| Name of Court | Date of Admission |
|---|---|
| Supreme Court for the State of New York, Second Judicial Department | 09/17/2003 |

**U.S. Court and Date of Admission:**

| Name of Court | Date of Admission |
|---|---|
| United States District Court for the Southern District of New York | 01/10/2006 |
| United States District Court for the Eastern District of New York | 01/10/2006 |
| United States District Court for the Southern District of Texas | 11/26/2013 |
| United States District Court for the District of Colorado | 06/13/2014 |
| United States District Court for the Eastern District of Michigan | 06/19/2014 |
| United States District Court for the Northern District of Illinois | 08/31/2012 |
| United States Court of Appeals for the Second Circuit | 11/09/2009 |
| United States Court of Appeals for the Third Circuit | 01/31/2014 |
| United States Court of Appeals for the Sixth Circuit | 01/30/2015 |
| United States Court of Appeals for the Ninth Circuit | 03/03/2011 |
| United States Court of Appeals for the Tenth Circuit | 03/05/2014 |

# Exhibit 2

{00203788;1 }

**4. The proposed admittee has never been disbarred, suspended or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)**

On May 23, 2014, the Honorable Percy Anderson of the United States District Court for the Central District of California denied my Motion for Admission, *Pro Hac Vice* in the action, Grodko, et al., v. Lihua International, Inc., et al., Case no. 2:14-cv-03503-PA-VBK. The motion was denied due to technical non-compliance with the Judge's individual rules of practice.

{00203788;1 }