# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| JOHN CHAMBLEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>TERRAFORM POWER, INC., et al.,<br><br>Defendants. | No.: 8:16-cv-00981-PX<br><br>**NOTICE OF MOTION AND MOTION OF CLEMENS SCHLETTWEIN AND JEROME SPINDLER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the District of Maryland (Greenbelt Division), Clemens Schlettwein and Jerome Spindler (collectively, "Schlettwein and Spindler") will respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Schlettwein and Spindler as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the publicly traded securities of TerraForm Power, Inc. between May 7, 2015 and March 15, 2016, inclusive; (2) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Schlettwein and Spindler submit a Memorandum of Law, the Declaration of Jeremy A. Lieberman filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

Dated:   June 3, 2016             Respectfully submitted,

**COHEN MILSTEIN SELLERS**
   **& TOLL PLLC**

/s/ Daniel S. Sommers
Steven J. Toll (Maryland Bar No. 15824)
Daniel S. Sommers (Maryland Bar No. 15822)
S. Douglas Bunch
1100 New York Avenue N.W.
East Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
       dsommers@cohenmilstein.com
       dbunch@cohenmilstein.com

*Attorneys for Movants and*
*Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
       ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Attorneys for Movants and*
*Proposed Lead Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
　　　　pkim@rosenlegal.com

*Additional Counsel for Movants*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 3, 2016, I electronically filed the Notice of Motion and Motion of Clemens Schlettwein and Jerome Spindler for Appointment as Lead Plaintiff and Approval of Counsel, along with the accompanying memorandum in support thereof, declaration, and exhibits, with the Clerk of Court using ECF, which transmitted a copy of the foregoing and supporting documents to all counsel of record.

Dated: June 3, 2016              /s/ Daniel S. Sommers
                                               Daniel S. Sommers