UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| JOHN CHAMBLEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>TERRAFORM POWER, INC., et al.,<br><br>Defendants. | No.: 8:16-cv-00981-PX<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF CLEMENS SCHLETTWEIN AND JEROME SPINDLER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL |

I, Jeremy A. Lieberman, declare:

1.  I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Clemens Schlettwein and Jerome Spindler (collectively, "Schlettwein and Spindler"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the motion by Schlettwein and Spindler for appointment as Lead Plaintiff and approval of Schlettwein and Spindler's selection of Pomerantz as Lead Counsel and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Liaison Counsel for the Class.

2.  Attached hereto as the exhibits indicated are true and correct copies of the following:

    Exhibit A:  Press release published over *Globe Newswire* on April 4, 2016, announcing the pendency of the above-captioned action;

    Exhibit B:  Shareholder Certifications executed by Schlettwein and Spindler;

      Exhibit C:    Loss Chart of Schlettwein and Spindler;

      Exhibit D:    Firm resume of Pomerantz; and

      Exhibit E:    Firm resume of Cohen Milstein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 3rd day of June, 2016, in New York, New York.

                                                      */s/ Jeremy A. Lieberman*
                                                      Jeremy A. Lieberman