# EXHIBIT A

6/3/2016 Print - Pomerantz Law Firm Announces the Filing of a Class Action against TerraForm Power Inc. and Certain Officers – TERP

Case 8:16-cv-00981-PX   Document 38-1   Filed 06/03/16   Page 2 of 3

**Source:** *Pomerantz LLP*
*April 04, 2016 17:11 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action against TerraForm Power Inc. and Certain Officers – TERP

NEW YORK, April 04, 2016 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against TerraForm Power Inc. ("TerraForm" or the "Company") (NASDAQ:TERP) and certain of its officers.  The class action, filed in United States District Court, District of Maryland, and docketed under 16-cv-00981, is on behalf of a class consisting of all persons or entities who purchased TerraForm securities between May 7, 2015 and March 15, 2016 inclusive (the "Class Period").  This class action seeks to recover damages against Defendants for alleged violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased TerraForm securities during the Class Period, you have until June 3, 2016 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll free, ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

TerraForm owns and operates solar and wind generation assets serving utility, commercial, and residential customers.

TerraForm was founded in 2014.  The Company was formerly known as SunEdison Yieldco, Inc. and changed its name to TerraForm Power, Inc. in May 2014.

TerraForm's controlling shareholder is SunEdison, Inc. ("SunEdison"), and there is significant overlap between the management of TerraForm and SunEdison and SunEdison's other affiliates: Brian Wuebbels ("Wuebbels"), TerraForm's former Chief Executive Officer ("CEO"), has served as Chief Financial Officer ("CFO") and Executive Vice President of SunEdison since May 2012 and as SunEdison's Chief Administrative Officer since December 2014; Rebecca Cranna ("Cranna"), TerraForm's CFO, has served as SunEdison's Senior Vice President and CFO of Global Asset Management since 2014; and defendant Carlos Domenech Zornoza ("Domenech"), TerraForm's former CEO, served as Executive Vice President of SunEdison from November 2009 to January 2014, and has held management positions at other SunEdison affiliates, including SunEdison Capital, LLC and SunEdison LLC.

The Complaint alleges that throughout the Class Period, defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies.  Specifically, defendants made false and/or misleading statements and/or failed to disclose that: (i) TerraForm's Management Services Agreement with SunEdison exposed TerraForm to risks associated with SunEdison's internal financial controls and any deficiencies therein; (ii) consequently, TerraForm lacked effective internal financial controls; and (iii) as a result of the foregoing, TerraForm's public statements were materially false and misleading at all relevant times.

On February 29, 2016, SunEdison announced that it was delaying the filing of its fiscal year 2015 Form 10-K with the SEC, citing "(1) the need to complete all tasks and steps necessary to finalize the annual financial statements and the other disclosures required to be included in that filing, and (2) ongoing inquiries and investigations by the Audit Committee . . . relating to allegations concerning the accuracy

6/3/2016 Print - Pomerantz Law Firm Announces the Filing of a Class Action against TerraForm Power Inc. and Certain Officers – TERP

Case 8:16-cv-00981-PX Document 38-1 Filed 06/03/16 Page 3 of 3

of SunEdison's anticipated financial position." SunEdison stated that it expected to file its Form 10-K by March 15, 2016.

On February 29, 2016, TerraForm also announced that it was delaying the filing of its fiscal year 2015 Form 10-K with the SEC and also expected to file the Form 10-K by March 15, 2016. TerraForm cited only "the need to complete all steps and tasks necessary to finalize the Company's annual financial statements and other disclosures required to be in the filing."

On March 16, 2016, SunEdison announced a further delay in the filing of its Form 10-K beyond the extended due date of March 15, 2016, after "the identification by management of material weaknesses in its internal controls over financial reporting."

On March 16, 2016, TerraForm also announced a further delay in the filing of its Form 10-K beyond the extended due date of March 15, 2016, after identifying material weaknesses in its internal controls over financial reporting.

On this news, TerraForm stock fell $0.83, or 7.87%, to close at $9.72 on March 16, 2016.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See [www.pomerantzlaw.com](www.pomerantzlaw.com)

```
CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
```

Retrieved from "http://globenewswire.com/news-release/2016/04/04/825690/0/en/Pomerantz-Law-Firm-Announces-the-Filing-of-a-Class-Action-against-TerraForm-Power-Inc-and-Certain-Officers-TERP.html"