# EXHIBIT C

**TERRAFORM POWER INC. (TERP)**
**CLASS PERIOD: MAY 7 2015 to MAR 15 2016**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 79-Day* Mean Price $9.3880 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schlettwein, Clemens | 8/17/2015 | 2,000 | $25.4700 | ($50,940) | | | | | | | |
| | 9/23/2015 | 1,000 | $19.0700 | ($19,070) | | | | | | | |
| **Schlettwein, Clemens** | | **3,000** | | **($70,010)** | | | | | **3,000** | **$28,164** | **($41,846)** |
| **Spindler, Jerome** | **7/24/2015** | **1,000** | **$30.6900** | **($30,690)** | | | | | **1,000** | **$9,388** | **($21,302)** |
| Summary | | | | | | | | | | | |
| Schlettwein, Clemens | | 3,000 | | ($70,010) | | | | | 3,000 | | ($41,846) |
| Spindler, Jerome | | 1,000 | | ($30,690) | | | | | 1,000 | | ($21,302) |
| **Total** | | **4,000** | | **($100,700)** | | | | | **4,000** | | **($63,148)** |

*Avg Closing Prices from Mar 16 to Jun 2