

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

MEMORANDUM

TO: Counsel of Record

FROM: Kyle Virtue
Law Clerk to Judge Paula Xinis

RE: John Chamblee v. TerraForm Power, Inc. et al.
Civil Case No.: PX-16-981

DATE: July 22, 2016

Please be advised that a hearing has been scheduled for **July 28, 2016 at 2:00 p.m.** on Plaintiff's Motion for Appointment of Clemens Schlettwein and Jerome Spindler (collectively, "Schlettwein and Spindler") as Lead Plaintiffs and Approval of Counsel (ECF No. 35). The parties will be allotted one hour for argument.

Thank you.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov