## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| JOHN CHAMBLEE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff(s),<br><br>v.<br><br>TERRAFORM POWER, INC., CARLOS DOMENECH ZORNOZA, and ALEJANDRO HERNANDEZ,<br><br>                    Defendants. | No. 8:16-cv-00981-PX |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Shannon M. Barrett, am a member in good standing of the bar of this Court. My bar number is 16410. I am moving the admission of Matthew Gill to appear *pro hac vice* in this case as counsel for Alejandro Hernandez.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Washington, D.C., May 15, 2015 | N/A |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has

Page 1 of 2

been admitted *pro hac vice* in this Court zero times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,


| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Shannon M. Barrett | /s/ Matthew Gill |
| Shannon M. Barrett | Matthew Gill (D.C. 1026753) |
| O'Melveny & Myers, LLP | (signed by Shannon M. Barrett with |
| 1625 Eye Street, N.W. | permission of Matthew Gill) |
| Washington, D.C. 20006 | O'Melveny & Myers, LLP |
| Telephone: (202) 383-5300 | 1625 Eye Street, N.W. |
| Facsimile: (202) 383-5414 | Washington, D.C. 20006 |
| Email: sbarrett@omm.com | Telephone: (202) 383-5300 |
|  | Facsimile: (202) 383-5414 |
|  | Email: mgill@omm.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2016 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Maryland (Greenbelt) by using the Court's CM/ECF system. All participants are registered CM/ECF users, and will be served by the Court's CM/ECF system.

Dated: July 25, 2016                                                                Respectfully submitted,

                                                                                                      */s/Shannon M. Barrett*
                                                                                                      Shannon M. Barrett
                                                                                                      O'MELVENY &MYERS LLP
                                                                                                      1625 Eye Street, N.W.
                                                                                                      Washington, D.C. 20006
                                                                                                      (202) 383-5300